## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kate K. Furtak, a Special Agent with the United States Department of Justice, Federal Bureau of Investigation (FBI), being duly sworn as an investigative or law enforcement officer of the United States within the meaning of Title 18, U.S.C., Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United States Code Section 115, states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation since March 2014. I earned a Juris Doctorate from the University of Wisconsin-Madison and I am currently assigned to the Louisville Field Office, Hopkinsville Resident Agency, which investigates, among other violations, public corruption, embezzlement, and violent crime related violations within the Hopkinsville, Kentucky and surrounding areas. I have participated in the execution of search warrants and seized electronic evidence that relates to federal violations. I have testified in grand jury proceedings and other court hearings. I am familiar with and have participated in all the normal methods of investigation, including, but not limited to, visual surveillance and the general questioning of witnesses. This affidavit is based upon my personal knowledge, as well as information reported to me by other federal and local law enforcement officers and others with knowledge of the facts surrounding this case. Statements contained within this affidavit are based on my personal participation in the investigation and/or information obtained from other law enforcement agencies. This affidavit does not set forth every fact discerned throughout the investigation; rather, it contains a summary of the investigation to date and sets forth only those facts that I believe are necessary to establish probable cause to arrest the target set forth herein.



## PROBABLE CAUSE

2.     On March 25, 2024 and on April 15, 2024, the United States Capitol Police (USCP) Threat Assessment Section (TAS) was notified by the office of a United States official, who is a United States official within the meaning of Title 18, United States Code, Section 115(c)(4) ("United States Official #1"), of two concerning voicemails received from an unidentified male caller with a phone number of (xxx) xxx-3139 (the "3139 Number") to United States Official #1's district office.  The caller was later identified as THOMAS RUTTER WOOLLACOTT of Princeton, KY.  An open source check showed the 3139 Number is registered to "Tom WOOLLACOTT" in Princeton, and that WOOLLACOTT resides at an address in Princeton, KY. A Kentucky records check shows that WOOLLACOTT has a Kentucky driver's license with that same address.

3.     The following is the transcription of the voicemail left on the message system of United States Official # 1 on Saturday, March 23, 2024 at or about 10:38 EST from the 3139 Number:

"I don't understand how any person with any sort of integrity or personal pride could work for any member of Congress and its government. Y'all should quit if you have any fucking integrity, you have any value to society you don't need to be a fucking [inaudible] congressman and a worthless congressman that said million foreign countries board of congressman that votes to send [inaudible] companies in the United States that provides clothes [inaudible] for kids without their parents' knowledge. You want to know [inaudible]? You fucking faggot can't spend our money if you're dead. **You're dead [name of United States Official #1 is redacted], you worthless, traitorous piece of shit, vest the fuck up.** You have fucked us. Do you have another fucking bunker [name of United



States Official #1 is redacted]? Like Zuckerberg? Guess what, even something like has to be supplied. Where you worthless motherfuckers gonna hide? [inaudible] you how convenient that would be? Do you know how convenient that would be for us? If you're forcing [inaudible] the fucking wrong way [name of United States Official #1 has been redacted]. You are forcing that, you worthless vile cunt. So now we're gonna have to do things the hard way. **Vest the fuck up. The second amendment's all we got.** Especially when pieces of shit are fucking are leaving their chair empty so it can't be filled before the election. Yeah, you're all done. You're done. You're all the fucking same. Everything single one of you is the same. You're all enemies of the state at this point. Every single one of you. I don't care what the fuck you say? I don't care what badge asshole you send. You're all the fucking same, every fucking vapid pig…also an enemy of the state. You understand? You're all fucked" (the "March 2024 Threat").

4. According to interviews with United States Official #1's staff, voicemails left over weekends are reviewed on Monday mornings. An intern heard the above voicemail and brought it to the attention of a staffer. Staffer #1 listened to the voicemail, and believed it was "disturbing" and reported this voicemail to Capitol Police on Monday, March 25, 2024.

5. The following is the transcription of the voicemail left on the message system of United States Official #1 on Friday, April 12, 2024 at 5:12 EST from the 3139 Number:

"[inaudible] your boss or your employer that thinks he can just dismiss the Constitution. The Constitution is not up for debate. If your employer wants to dismiss the Constitution, he needs the whole the Convention of States. He needs a two thirds majority which he did not have. So as such, all your employer did today was publicly lead a rebellion against the Constitution. Now, that verbiage is important, read the 14th amendment. Rebellion against

same, same being the Constitution reverend just previously. Rebellion against same rebellion against the Constitution disqualifies your boss from office. He is an enemy of the Constitution. He is declaring war on the Constitution and by extension we the people and we the people will not stand for it. None of you are protected under law. You're a domestic insurgency waging war against the founding documents of this country. It will not be tolerated. **You will be hunted and found and removed from the face of this fucking earth.** May God have mercy because we the people will not. You better fucking smartin up, you dumb sons of bitches. You can run but you can't fuckin hide. You know why? We're coast to coast. Coast to coast we'll fucking find you. You can hide in your caves, in your tunnels, in your harden homes. But guess what? All those things need supplies. Every person needs water. Every person needs air. You motherfuckers are about to find out. **It's over for you. It's over. Vest up**" (the "April 2024 Threat").

6. An intern reviewed the April 2024 Threat voicemail on Monday, April 15, 2024. The intern thought this voicemail sounded like it had come from the same man who had left the prior threatening voicemail. Staffer #1 listened as well. Staffer #1 also found the April 12, 2024 voicemail concerning and reported it again to Capitol Police on April 15, 2024. The intern was interviewed, and stated that he/she had never heard someone talk like that and was scared for United States Official #1. The intern had listened to a lot of voicemails, and this was the worst one that had been heard. Staffer #1 was interviewed, and stated that he/she thought the contents of the voicemails were shocking, and perceived them as "very threatening." Staffer #1 had listened to many messages while employed at the office of United States Official #1 but considered these voicemails to be more scary and more threatening than anything received prior.

7. United States Official #1 was interviewed on May 2, 2024. Prior to being interviewed, he/she listened to the March and April 2024 Threats. He/she perceived these two voicemails as threatening, malicious, incendiary, and ominous, and expressed having concern for family safety. United States Official #1 stated the messages were especially alarming considering what had happened to another United States official who was shot and seriously wounded in 2017 by a domestic terrorist. United States Official #1 expressed a need to arrange for extra security measures.

8. On June 14, 2023, USCP TAS was notified by the district office of a second United States official ("United States Official #2") regarding a threatening voicemail from phone number, (xxx) xx-7864 (the "7864 Number"). An open source database check for the 7864 Number showed it was also registered to WOOLLACOTT at the same address as previously noted. The voicemail transcription is as follows:

> "Your spineless trader boss is making every single one of you fucking gutless cowards enemies of we the people. Your spineless coward boss maybe too fucking cowardly and afraid to hold the criminals abusing we the people with lies fucking wasteful spending and literally enslaving our children with fucking crushing burdens of debt yet you work for those cunts every day you fucking filthy pieces of shit wake up and you go to work to fuck over everybody that lives around you that's all you miserable pieces of shit do. That's it. You're **all marked men.** You're not protected by law any longer. You're an occupation of force, every single one of you mother fuckers are enemies of we the people. You made it clear you don't work for us, you work for corporations and foreign interests, and you work to protect the foreign interests installed by the fucking out of control criminal organization

known as the Federal Bureau of Investigations. You're all pieces of shit. May God have Mercy on her souls because we the people will not" (the "June 2023 Threat").

9.  On July 5, 2023, USCP contacted WOOLLACOTT at the 7864 Number and conducted a telephonic interview that lasted approximately 16 minutes. The agent identified himself and stated the reason for the call was a voicemail left to a United States official's office from the 7864 Number. According to the agent's report, WOOLLACOTT acknowledged leaving the voicemail from the June 2023 Threat and explained that he believed that United States officials deserved to know that they were working against the interests of American citizens. WOOLLACOTT further stated that he had called other United States officials. WOOLLACOTT also stated that he was angry about various aspects of United States foreign policy. The agent noted that WOOLLACOTT displayed an understanding that threats of violence against government officials are illegal, but referenced the "right of the people to take up arms against domestic enemies" and justification of violence against government officials. WOOLLACOTT further stated that he had access to firearms and believed that federal law enforcement agents were "fascist Nazis."

10. On October 2, 2023, USCP TAS was notified by the district office of a third United States official ("United States Official #3) regarding another voicemail from WOOLLACOTT associated with the 7864 Number. The voicemail contained the following:

"I am so happy to see that your office is so close to my house cause it'll make it real easy to come tell you all this in person. You fucking [inaudible] you are what's fucking wrong with this country. You're pathetic vermin. You should fuckin resign immediately you pathetic assholes...You are why I fucking am a staunch supporter of the 2nd amendment because when pieces of shit like you are giving away our fucking taxes to defend foreign

6

borders while our own gets invaded. The 2nd amendments' the only solution. Keep it up dumbass. This is a JFK... Those who make peaceful resolution impossible make violent resolution inevitable. That's what you are [name of United States Official #3 is redacted]" (the "October 2023 Threat").

11. On April 29, 2024, USCP attempted to telephonically interview WOOLLACOTT at the 3139 Number in order to confirm that he left the voicemails for United States Official #1. The agent was unable to interview WOOLLACOTT due to his extreme profanity and insults directed at this agent in the two attempts; however, his voice appeared to be the same as the voice on the voice messages. He also stated similar, profanity filled rhetoric. Subsequently, USCP requested Caldwell County Sheriff's Department conduct a welfare check of WOOLLACOTT. On April 19, 2024, two deputies with the Caldwell County Sheriff's Department ("Deputy #1" and "Deputy #2") were dispatched to talk with WOOLLACOTT. Deputy #1 asked him if he threatened any public official. Deputy #1 noted in the incident report that WOOLLACOTT "replied that he told this person he should wear his (ballistic) vest." Additionally, Deputy #1 documented that WOOLLACOTT stated that "he was tired of the government taking his money and funding other countries and being 'taxed to death'." According to the USCP, Deputy #2 advised WOOLLACOTT "that it's a safety concern due to his possibly having access to a firearm. Mr. Woollacott stated he has some in the house and in the vehicle."

12. According to the Kentucky Department of Labor, during the time period related to the March and April 2024 Threats, WOOLLACOTT had been employed by a building and remodeling business in Cadiz, Kentucky. This agent independently confirmed through other investigative sources that WOOLLACOTT works for this business located in Cadiz, Kentucky, and he works approximately 6:30 A.M. to 3:30 P.M, Monday through Friday.

13. During the investigation, multiple witnesses stated to the FBI that WOOLLACOTT held significant anti-government beliefs and expressed approval of the use of violence against government officials and law enforcement.

14. The FBI has obtained screen shots of WOOLLACOTT's work timecards from time periods when voicemail threats were left for United States Official #1. The March 2024 Threat was made on a Saturday which was not a workday for WOOLLACOOT; however, timecards verify that he worked on Friday March 22, 2024 and Monday March 25, 2024 at a jobsite in Cadiz, Kentucky. The April 2024 Threat was made on Friday, April 12, 2024 at approximately 4:12 CST. WOOLLACOTT's timecard from April 12, 2024 verified that he worked on a job site in Cadiz KY from approximately 7:32 AM to 3:32 PM CST. Forty minutes later, the second voicemail threat was made on April 12, 2024 at approximately 4:12 CST. The distance between the Cadiz job site and WOOLLACOTT's residence is approximately 31 miles. Cadiz and Princeton are communities located in the Western District of Kentucky and located in the adjoining counties of Trigg and Caldwell. Thus, there is probable cause to believe that WOOLLACOTT was located within the Western District of Kentucky when he made the phone calls to United States Official #1.

## CONCLUSION

15. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that on March 23, 2024 and again on April 12, 2024 in Caldwell County, Kentucky, and elsewhere in the Western District of Kentucky, the defendant, WOOLLACOTT did knowingly threaten to assault or murder, a United States official with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with intent to

retaliate against such official on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

_____
Kate K Furtak
Special Agent
U.S. Federal Bureau of Investigation


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic and email submission on this the 14 day of May, 2024.


_____
HON. LANNY KING
UNITED STATES MAGISTRATE JUDGE

9